OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN
120 North Henry Street, Room 320 ● P.O. Box 432 ● Madison, WI 53701-0432 ● 608-264-5156

June 11, 2007

*E-filing*

**FILED**
JUN 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
Attn: Rufino Santos
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102

C 07 3216

Re: MDL 07-1827 In re: TFT-LCD (Flat Panel) Antitrust Litigation
    WIWD Case No. 07-C-56-C

Dear Clerk:

Enclosed please find the original record in the above-entitled matter, along with a certified copy of the docket sheet and the Order remanding this case to your court.

**SI**

Please acknowledge receipt of this record by returning a file stamped copy of this letter in the enclosed postage paid envelope.

If you have any questions in this regard, please do not hesitate to contact us.

Sincerely,
THERESA M. OWENS, Clerk of Court

*Erica L. Clark*
Erica L. Clark, Deputy Clerk

Enclosures
cc: All Counsel/Parties of Record (w/o enclosure)