| DIST | OFF | DOCKET YR. NMBR | ORIG. | FILE DATE | J | NATURE OF SUIT | | RULE 23 | DEMAND $1,000s | JUDGE | MAGISTRATE | COUNTY | JURY DEMAND? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0758 | 3 | 07 0056 | 1 | 02/01/2007 | 3 | 410 | | No | | 5804 | 58BC | 55025 | Yes |

CAUSE: Antitrust

| PLAINTIFFS | DEFENDANTS |
|---|---|
| PAGUIRIGAN, JAI<br>PAGUIRIGAN, AMY | ▸AU OPTRONICS CORP.<br>▸AU OPTRONICS CORP. AMERICA<br>▸CHI MEI OPTOELECTRONICS CO., LTD.<br>▸CHI MEI OPTOELECTRONICS USA, INC.<br>▸CHUNGHWA PICTURE TUBES, LTD.<br>▸FUJITSU LIMITED, INC.<br>▸FUJITSU AMERICA, INC.<br>▸HANNSTAR DISPLAY CORPORATION<br>▸HITACHI, LTD.<br>▸HITACHI DISPLAYS, LTD.<br>▸HITACHI AMERICA, LTD.<br>▸IDTECH CO., LTD.<br>▸IDTECH USA, INC.<br>▸IPSA ALPHA TECHNOLOGY, LTD.<br>▸LG.PHILIPS LCD CO., LTD.<br>▸LG.PHILIPS LCD AMERICA, INC.<br>▸MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.<br>▸PANASONIC CORPORATION OF NORTH AMERICA<br>▸MITSUBISHI ELECTRIC CORPORATION<br>▸MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.<br>▸NEC ELECTRONICS CORPORATION<br>▸NEC ELECTRONICS AMERICA, INC.<br>▸NEC LCD TECHNOLOGIES, LTD.<br>▸SAMSUNG ELECTRONICS COMPANY LTD.<br>▸SAMSUNG ELECTRONICS AMERICA<br>▸SANYO ELECTRIC CO., LTD.<br>▸SANYO NORTH AMERICA CORPORATION<br>▸EPSON IMAGING DEVICES CORPORATION<br>▸SEIKO EPSON CORPORATION<br>▸EPSON AMERICA, INC.<br>▸EPSON ELECTRONICS AMERICA, INC.<br>▸SHARP CORPORATION<br>▸SHARP ELECTRONICS CORPORATION<br>▸~~SONY CORPORATION~~<br>▸~~SONY CORPORATION OF AMERICA~~<br>▸~~SONY ELECTRONICS, INC.~~<br>▸S-LCD CORPORATION<br>▸SYNTAX-BRILLIAN CORP.<br>▸TOSHIBA CORPORATION<br>▸TOSHIBA AMERICA INC.<br>▸TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD. |

A TRUE COPY, Certified
JUN 1 1 2007
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By _Erica L. Clark_
Deputy Clerk

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| | |

UNITED STATES DISTRICT COURT DOCKET                                    (REV. 3/89)

| | |
|---|---|
| ▸ SUSAN LACAVA<br>SUSAN LACAVA, S.C.<br>23 NORTH PINCKNEY STREET, #300<br>MADISON, WI 53703<br>(608) 258-1335<br>*for:* PAGUIRIGAN, AMY<br>      PAGUIRIGAN, JAI | ▸ AU OPTRONICS C___P.<br>NO. 1, LI-SHIN __ 2<br>HSINCHU SCIENCE PARK<br>HSINCHU 30078, TAIWAN, R.O.C.<br>,<br>*for:* AU OPTRONICS CORP.<br><br>▸ AU OPTRONICS CORPORATION AMERICA<br>ATTN: LEGAL DEPARTMENT<br>9720 CYPRESSWOOD DRIVE, SUITE 241<br>HOUSTON, TX 77070<br>*for:* AU OPTRONICS CORP. AMERICA<br><br>▸ CHI MEI OPTOELECTRONICS, CO.<br>NO. 3, SEC. 1, HUANSHI RD.<br>SOUTHERN TAIWAN PARK<br>TAINAN, 74147 TAIWAN, R.O.C.<br>,<br>*for:* CHI MEI OPTOELECTRONICS CO., LTD.<br><br>▸ CHI MEI OPTOELECTRONICS USA<br>ATTN: LEGAL DEPARTMENT<br>101 METRO DEIVE<br>SUITE 510<br>SAN JOSE, CA 95110<br>*for:* CHI MEI OPTOELECTRONICS USA, INC.<br><br>▸ CHUNGHWA PICTURE TUBES, LTD.<br>1127 HOPIN ROAD<br>PADEH CITY<br>TAOYUAN, TAIWAN, R.O.C.<br>,<br>*for:* CHUNGHWA PICTURE TUBES, LTD.<br><br>▸ FUJITSU LIMITED, INC.<br>SHIODOME CITY CENTER<br>1-5-2 HIGASHI SHIMBASHI, MINATO-KU<br>TOKYO, 105-7123 JAPAN<br>,<br>*for:* FUJITSU LIMITED, INC.<br><br>▸ FUJITSU AMERICA, INC.<br>ATTN: LEGAL DEPARTMENT<br>1250 ARQUES AVE., M/S 124<br>SUNNYVALE, CA 94085<br>,<br>*for:* FUJITSU AMERICA, INC.<br><br>▸ HANNSTAR DISPLAY<br>12FL., NO. 480 RUEIGUANG ROAD<br>NEIHU CHIU<br>TAIPEI 114, TAIWAN, R.O.C.<br>,<br>*for:* HANNSTAR DISPLAY CORPORATION |

HITACHI LTD.
6-6, MARUNOUCHI   CHOME
CHIUODA-KU
TOKYO 100-8280 JAPAN
,
*for:* HITACHI, LTD.

HITACHI DISPLAYS, LTD.
AKS BLDG. 5F
6-2 KANDA NERIBEI-CHO 3
CHIYODA-KU, TOKYO 101-0022 JAPAN
,
*for:* HITACHI DISPLAYS, LTD.

HITACHI AMERICA, LTD.
ATTN: LEGAL DEPARTMENT
2000 SIERRA POINT PARKWAY
BRISBANE, CA 94005
*for:* HITACHI AMERICA, LTD.

INTERNATIONAL DISPLAY TECHNOLOGY
 NANSEI YAESU LDG., 3F, 2-2-10
YAESU, CHUO-KU
TOKYO 104-0028 JAPAN
,
*for:* IDTECH CO., LTD.

INTERNATIONAL DISPLAY TECHNOLOGY U
ATTN: LEGAL DEPARTMENT
101 METRO DRIVE
SUITE 510
SAN JOSE, CA 95110
*for:* IDTECH USA, INC.

IPSA ALPHA TECHNOLOGY, LTD.
3732, HAYANO
MOBARA-SHI
CHIBA 297-0037 JAPAN
,
*for:* IPSA ALPHA TECHNOLOGY, LTD.

JOHN F. HOVEL
KRAVIT, HOVEL, KRAWCZYK & LEVERSON
825 NORTH JEFFERSON, #500
MILWAUKEE, WI 53202-3737
(414) 271-7100
*for:* LG.PHILIPS LCD AMERICA, INC.

LG.PHILIPS LCD AMERICA, INC.
ATTN: LEGAL DEPARTMENT
150 EAST BROKAW ROAD
SAN JOSE, CA 95112
*for:* LG.PHILIPS LCD AMERICA, INC.

▸MATSUSHITA ELECTRIC INDUSTRIAL
1006, KADOMA
KADOMA CITY
OSAKA 571-8501 JAPAN
,
for: MATSUSHITA ELECTRIC INDUSTRIAL CO. LTD.

▸PANASONIC CORP. OF AMERICA
ATTN: LEGAL DEPARTMENT
1 PANASONIC WAY
SECAUCUS, NJ 07094
for: PANASONIC CORPORATION OF NORTH AMERICA

▸MITSUBISHI ELECTRIC CORP.
TOKYO BUILDING 2-7-3
MARUNOUCHI
CHIYODA-KU, TOKYO 100-8310 JAPAN
,
for: MITSUBISHI ELECTRIC CORPORATION

▸MITSUBISHI ELECTRIC
   & ELECTRONICS USA, INC.
ATTN: LEGAL DEPARTMENT
5665 PLAZA DRIVE
CYPRESS, CA 90630
for: MITSUBISHI ELECTRIC & ELECTRONICS USA, INC.

▸NEC ELECTRONICS CORP.
1753 SHIMONUMABE
NAKAHARA-KU, KAWASAKI
KANGAWA 211-8668 JAPAN
,
for: NEC ELECTRONICS CORPORATION

▸NEC ELECTRONICS AMERICA
ATTN: LEGAL DEPARTMENT
2880 SCOTT BLVD.
SANTA CLARA, CA 95050
for: NEC ELECTRONICS AMERICA, INC.

▸NEC LCD TECHNOLOGIES, LTD.
1753 SHIMONUMABE
NAKAHARA-KU, KAWASAKI
KANAGAWA 211-8666 JAPAN
,
for: NEC LCD TECHNOLOGIES, LTD.

▸SAMSUNG ELECTRONICS CO., LTD
SAMSUNG MAIN BUILDING 250-2 GA
TAEPYUNG-RO CHUNG-GU
SEOUL, SOUTH KOREA
,
for: SAMSUNG ELECTRONICS COMPANY LTD.

SAMSUNG ELECTRICS AMERICA
ATTN: LEGAL DEPARTMENT
105 CHALLENGER ROAD
RIDGEFIELD PARK, NJ 07660
*for: SAMSUNG ELECTRONICS AMERICA*

SANYO ELECTRIC CO., LTD.
5-5, KEIHAN-HONDORI 2-CHOME
MORIGUCHI CITY
OSAKA 570-8677 JAPAN
,
*for: SANYO ELECTRIC CO., LTD.*

SANYO NORTH AMERICA CORP.
ATTN: LEGAL DEPARTMENT
2055 SANYO AVENUE
SAN DIEGO, CA 92154
*for: SANYO NORTH AMERICA CORPORATION*

EPSON IMAGING DEVICES CORP.
6925 TOYOSHINA TAZAWA
AZUMINO-SHI
NAGANO, JAPAN
,
*for: EPSON IMAGING DEVICES CORPORATION*

SEIKO EPSON CORPORATION
3-3-5 OWA
SUWA
NAGANO 392-8502 JAPAN
,
*for: SEIKO EPSON CORPORATION*

EPSON AMERICA, INC.
ATTN: LEGAL DEPARTMENT
3840 KILROY AIRPORT WAY
LONG BEACH, CA 90806
*for: EPSON AMERICA, INC.*

EPSON ELECTRONICS AMERICA
ATTN: LEGAL DEPARTMENT
150 RIVER OAKS PARKWAY
SAN JOSE, CA 95134
*for: EPSON ELECTRONICS AMERICA, INC.*

SHARP CORPORATION
22-22 NAGAIKE-CHO
ABENO-KU
OSAKA 545-8522 JAPAN
,
*for: SHARP CORPORATION*

SHARP ELECTRONICS CORP.
ATTN: LEGAL DEPARTMENT
SHARP PLAZA
MAHWAH, NJ 07430

for: SHARP ELECTRONICS CORPORATION

▶ SONY CORPORATION
6-7-35 KITASHINAGAWA
SHINAGAWA-KU
TOKYO 141-0001 JAPAN
,
for: SONY CORPORATION

▶ SONY CORP. OF AMERICA
ATTN: LEGAL DEPARTMENT
550 MADISON AVENUE
27TH FLOOR
NEW YORK, NY 10022
for: SONY CORPORATION OF AMERICA

▶ SONY ELECTRONICS, INC.
ATTN: LEGAL DEPARTMENT
12450 W. BERNARDO ST.
SAN DIEGO, CA 92127
for: SONY ELECTRONICS, INC.

▶ S-LCD CORPORATION
TANGJUNG
ASAN-CITY
CHUNGCHEONGMAN-DO, SOUTH KOREA
,
for: S-LCD CORPORATION

▶ SYNTAX-BRILLIAN CORP
ATTN: LEGAL DEPARTMENT
NORTH DESERT DRIVE
TEMPE, AZ 85281
for: SYNTAX-BRILLIAN CORP.

▶ TOSHIBA CORPORATION
1-1 SHIBAURA, 1-CHOME
MINATO-KU
TOKYO 105-8001 JAPAN
,
for: TOSHIBA CORPORATION

▶ TOSHIBA AMERICA, INC.
ATTN: LEGAL DEPARTMENT
1251 AVENUE OF THE AMERICAS
SUITE 4110
NEW YORK, NY 10020
for: TOSHIBA AMERICA INC.

▶ TOSHIBA MATSUSHITA DISPLAY
RIVAGE SHINAGAWA
4-1-8 KONAN, MINATO-KU
TOKYO 108-0005 JAPAN
,
for: TOSHIBA MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.

(REV. 3/89)

UNITED STATES DISTRICT COURT DOCKET

Case 3:07-cv-03216-SI   Document 1-4   Filed 06/19/2007   Page 7 of 8

PAGUIRIGAN, JAI v. AU OPTRON' ' CORP.                                                    07-C-0056-C

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 01/31/2007 | | NORTC - FEE PAID |
| 01/31/2007 | 001 | JS-44 |
| 01/31/2007 | 002 | COMPLAINT W/REQUEST FOR CLASS ACTION.  SUMMONS ISSUED. |
| 02/13/2007 | | RELATED CASE:  07-C-80-C (KOVACEVICH V. LG PHILIPS) |
| 03/12/2007 | | RECD. COPIES OF SUBMISSIONS TO MDL PANEL. |
| 03/26/2007 | 003 | PLTF. CASE STATUS LETTER. |
| 04/04/2007 | 004 | PLTF. NOTICE OF VOLUNTARY DISMISSAL OF DEFTS. SONY CORPORATION, SONY CORPORATION OF AMERICA AND SONY ELECTRONICS. |
| 04/27/2007 | 005 | STIPULATION FOR EXTENSION OF TIME FOR DEFT. LG.PHILIPS LCD AMERICA (LPL AMERICA) TO RESPOND TO COMPLAINT. |
| 04/30/2007 | 006 | ORDER (UNCERTIFIED) TRANSFERRING CASE TO NORTHERN DISTRICT OF CALIFORNIA. |
| 05/03/2007 | 007 | ORDER ACCEPTING STIP/EXTEND TIME FOR DEFT. LG PHILIPS TO ANSWER; STATUS REPORT DUE 6/1/07 AND MONTHLY THEREAFTER. (SLC) |
| 06/04/2007 | 008 | ORDER (CERTIFIED) TRANSFERRING CASE TO NORTHERN DISTRICT OF CALIFORNIA. |
| 06/11/2007 | | RECORD SENT TO NORTHERN DISTRICT OF CA. |

UNITED STATES DISTRICT COURT DOCKET                                                      (REV. 3/89)