1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    NORTHERN DISTRICT OF CALIFORNIA

10

11    IN RE TFT-LCD (FLAT PANEL)                    Master File No. C07-1827 SI
      ANTITRUST LITIGATION
12

13    _____          No. C-07-2796 SI

14    THIS DOCUMENT RELATES TO

15    *EMW, Inc. v. LG Philips LCD Co., Ltd. et*
      *al.*                                         **[PROPOSED] ORDER  APPOINTING**
16                                                  **INTERIM CLASS COUNSEL FOR THE**
      Case No. C-07-2796 SI and                     **CALIFORNIA INDIRECT PURCHASERS**
17                                                  **SUBGROUP**
      ALL INDIRECT PURCHASER
18    ACTIONS

19

20

21

22

23        Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect

24    Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.

25    Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the

26    putative class of indirect purchasers.  After reviewing the papers filed and hearing argument by

27    all parties: the court hereby enters the following order:

28

21    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3    Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers

4    Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and

5    Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers

6    Subgroup and putative class.

7

8         Dated:  July ___, 2007                    _____

9                                                   Honorable Susan Illston
                                                    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28